UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN GODOY,<br><br>              Plaintiff,<br><br>    v.<br><br>STANISLAUS CO. DETENTION CENTER,<br><br>              Defendants. | No.  1:23-cv-01148 GSA (PC)<br><br>ORDER ACKNOWLEDGING PLAINTIFF'S LETTER RE:  STATUS OF CASE<br><br>(ECF No. 6) |

      Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On April 8, 2024, a letter filed by Plaintiff which inquired about the status of his case was docketed.  ECF No. 6.  In it, Plaintiff states, in relevant part, that he received initial paperwork from the Court and that he has returned his consent form.  Id.  He asks, "What's next?"  Id.  Since the filing of the letter, Plaintiff has also filed an unsolicited first amended complaint.  See ECF No. 8.

      The Court herein acknowledges the letter that Plaintiff has filed with the Court.  In response to it, Plaintiff is informed that the Court will screen his first amended complaint in due course.

1

Accordingly, the Court herein ACKNOWLEDGES Plaintiff's letter re: status of case. See ECF No. 6.

**The Court will screen Plaintiff's first amended complaint in due course.**

IT IS SO ORDERED.

Dated:   **September 10, 2025**                    **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE